UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

DIMITRIOS G. GALANOPOULOS,

Chapter 11
Case No. 17-13316 (JLG)

Debtor.
------------------------------------------------------------X

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF YANKWITT, LLP, AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO FEBRUARY 20, 2018

**UPON** the application dated April 2, 2018 ("Application") of the above-captioned debtor and debtor-in-possession (the "Debtor") pursuant to §§327(a) and 328 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Affidavit of Russell M. Yankwitt, Esq., sworn to on April 6, 2018 in support of the Application, and the Affidavits of Dimitrios Galanaplous, sworn to on April 2, 2018, and sufficient cause appearing therefore, and no adverse interest being held or represented; it is hereby

**ORDERED**, that pursuant to §327(a) of the Bankruptcy Code, Yankwitt, LLP ("YLLP") is hereby retained as Special Litigation Counsel to represent the Debtor in connection with the matters set forth in the Application and the Retainer Agreement annexed thereto, *nunc pro tunc* to February 20, 2018; and it is further

**ORDERED**, that pursuant to §§327, 330 and 331 of the Bankruptcy Code that YLLP shall be paid for services rendered, and reimbursed for expenses incurred, subject to interim and final approval of this Court upon consideration of interim and final applications of compensation and reimbursement of expenses, in accordance with the Code, United States Trustee's Guidelines, the Bankruptcy Rules, the Local Rules, and other orders of this Court.

**ORDERED**, that prior to any increases in rates, YLLP shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee.  The supplemental affidavit shall explain the basis for the requested rate increases in accordance with §330(a)(3)(F) of the Bankruptcy Code and state whether the client has consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in §330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to §330 of the Bankruptcy Code; and it is further

**ORDERED**, that to the extent the Application and Retainer Agreement are inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated: New York, New York
      May 31, 2018

                        /s/ *James L. Garrity, Jr.*
                        HONORABLE JAMES L. GARRITY, JR.
                        UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
OFFICE OF THE U.S. TRUSTEE

By:  _/s/ Andy Velez-Rivera_
     Andy Velez-Rivera, Esq., Trial Attorney